MRH

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>V.<br><br>JOSUE ROMERO<br>Defendant | CRIMINAL NO.<br>3:24-CR-186 (SVN)<br><br><br>JUNE 10, 2025 |

## MOTION TO ENLARGE SENTENCING SCHEDULING ORDER

TO THE HONORABLE COURT:

      The undersigned counsel for the defendant respectfully moves the court to enlarge the scheduling order set for sentencing in the above defendant's case, and to continue the sentencing hearing presently set for June 26, 2025. As reasons therefore, the undersigned respectfully informs as follows:

1.   Josue Romero appears at Defendant #2 in the above captioned case.

2.   The defendant has tendered a plea of guilty with the Honorable Court on or about January 10, 2025; his PSR dates and sentencing have presently been calendared as follows:

Sentencing: **June 26, 2025**, at **10:30 am**.

First Disclosure of the PSR: **Done**

MRH

        Second Disclosure of the PSR: **Done**

        Defendant's Sentencing Memorandum: **June 12, 2025**.

        Government's Sentencing Memorandum is due: **June 19, 2025**

        Defendant response to Government's memorandum: **June 22, 2025**.

3.      The undersigned respectfully requests that the present scheduling order for sentencing in U.S. v. Josue Romero be enlarged, until September 26, 2025, or at the convenience of the Court and counsel. Various necessary sentencing procedures, completion of memoranda, and ongoing interviews, must precede the sentencing hearing in this case.

4.      The defendant is detained at the MacDougall State Correctional Center.

5.      Because of the complexity of this case for sentencing, counsel needs additional time to allow for the necessary preparation of sentencing materials, and to attend to various other matters that must proceed this sentencing hearing that have not been completed, and these matters are germane to the sentencing memoranda for both the defendant and for the Government. Thus, the defendant respectfully requests that the sentencing and its Scheduling Order be expanded. The Government (AUSA Karen Peck) has been consulted and does not object to this request.

MRH

WHEREFORE, counsel for the defendant respectfully moves to enlarge the sentencing scheduling order, the PSR disclosure dates, the attendant sentencing memoranda dates and the sentencing to September 26, 2025, or *sine die*, wherein Counsel for the Defendant, the Government and the courtroom deputy can confer and propose to the Court an appropriate proposed sentencing scheduling date thereafter.

RESPECTFULLY SUBMITTED, on June 10, 2025

              *s/ Michael R. Hasse*
              Michael R. Hasse ct12289
              Attorney for Josue Romero
              90 Hempstead Street
              New London, CT 06320
              Tel. (860) 444-2711
              Fax: (734)448-2891
              Email: hasselaw@yahoo.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 10, 2025, a copy of the foregoing Motion on behalf of the defendant Josue Romero was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's Electronic Filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF Filing System.

              *s/ Michael R. Hasse*
              Michael R. Hasse ct12289